■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BUGETT, Appellant. [26 NYS3d 696]—Order, Supreme Court, New York County (Richard D. Carruthers, J.), entered on or about October 3, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's challenges to the point assessment for his prior criminal history are unavailing, and would not in any event affect his level two adjudication. We find no basis for a discretionary downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors raised by defendant were adequately accounted for in the risk assessment instrument, or were outweighed by defendant's criminal history and the gravity of the underlying crime, committed against a child. Concur—Friedman, J.P., Andrias, Saxe and Kapnick, JJ.